UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITY OF NORWICH | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00770-MPS |
| vs. | : | |
| PURDUE PHARMA, L.P., ET AL. | : | |
| Defendants | : | MAY 23, 2019 |

### NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the defendant, McKesson Corporation, in the above-entitled matter.

         **THE DEFENDANT,**
         **McKESSON CORPORATION**

         BY: /s/ Patrick M. Noonan  (#ct00189)
              Patrick M. Noonan
              Donahue, Durham & Noonan, P.C.
              741 Boston Post Road
              Guilford, CT 06437
              T: (203) 458-9168
              pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                        /s/
                                          Patrick M. Noonan