UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITY OF NORWICH | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00770-MPS |
| | : | |
| vs. | : | |
| | : | |
| PURDUE PHARMA, L.P., ET AL. | : | |
| | : | |
|     Defendants | : | MAY 28, 2019 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, McKesson Corporation, Inc., hereby discloses pursuant to the Federal Rule of Civil Procedure 7.1 and District of Connecticut Local Rule 7.1 that McKesson is a publicly traded corporation. It has no parent corporations and no publicly held corporation owns 10% or more of McKesson stock.

Dated: May 28, 2019

                                              Respectfully submitted,

                                    BY: /s/ Patrick M. Noonan (#ct00189)
                                            Patrick M. Noonan
                                            Donahue, Durham & Noonan, P.C.
                                            741 Boston Post Road
                                            Guilford, CT 06437
                                            T: (203) 458-9168
                                            PNoonan@ddnctlaw.com
                                            *Counsel for Defendant,*
                                            *McKesson Corporation*

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan